# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 75468-8-I |
| Respondent, | ) | |
| | ) | |
| v. | ) | DIVISION ONE |
| | ) | |
| LAVELL LEWIS, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | FILED: May 14, 2018 |

PER CURIAM – Lavell Lewis appeals from the judgment and sentence entered after he pleaded guilty to communication with a minor for immoral purposes. Lewis's court-appointed attorney has filed a motion to withdraw on the ground that there is no basis for a good faith argument on review. Pursuant to State v. Theobald, 78 Wn.2d 184, 470 P.2d 188 (1970), and Anders v. California, 386 U.S. 738, 18 L. Ed. 2d 493, 87 S. Ct. 1396 (1967), the motion to withdraw must:

> [1] be accompanied by a brief referring to anything in the record that might arguably support the appeal. [2] A copy of counsel's brief should be furnished the indigent and [3] time allowed him to raise any points that he chooses; [4] the court--not counsel--then proceeds, after a full examination of all the proceedings, to decide whether the case is wholly frivolous.

State v. Theobald, 78 Wn.2d at 185 (quoting Anders v. California, 386 U.S. at 744).

This procedure has been followed. Lewis's counsel on appeal filed a brief with the motion to withdraw. Lewis was served with a copy of the brief and informed of the right to file a statement of additional grounds for review. Lewis did not file a statement of additional grounds for review.

The facts are accurately set forth in counsel's brief in support of the motion to withdraw. The court has reviewed the briefs filed in this court and has independently reviewed the entire record. The court specifically considered the following potential issues raised by counsel:

1. Whether the trial court erred in granting Lewis's motion to proceed pro se?

2. Whether the trial court erred in finding Lewis competent to stand trial and plead guilty.

3. Whether Lewis's guilty plea was knowing, intelligent, and voluntary?

4. Whether the trial court erred in denying Lewis's motion to withdraw his guilty plea?

The potential issues raised by counsel are wholly frivolous. Counsel's motion to withdraw is granted and the appeal is dismissed.

For the court:

_Cox, J._

_Becker, J._